CHARLES C. SMITH, Appellant, v. HENRY R. COLES, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

MARGARITA STOLLBERG, Appellant, v. GEORGE STOLLBERG, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

WILLARD C. BRADLEY, Respondent, v. FRANKLIN FIRE INSURANCE COMPANY, Appellant, and Others, Defendants.— Order overruling demurrer affirmed, with ten dollars costs and disbursements, with leave to defendant, appellant, to answer upon payment of costs within ten days. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

NICHOLAS BRIGANTI, as Administrator, etc., of CHARLES U. BRIGANTI, Deceased, Respondent, v. FRANK SZEMKO and JOSEPH GAYDICA, Copartners, etc., and Another, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

MEYER FAIGIN, Appellant, v. JACOB WATERS and Others, Respondents. — Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

CHARLES FARNOLO, Respondent, v. BROOKLYN ALCATRAZ ASPHALT COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

WILLIAM R. HAMILTON and ALLAN M. HOLDER, Partners, etc., Respondents, v. EMILY WARD, Appellant, and Others, Defendants.— The contractor did not perform his contract, and there should be deducted, therefore, from the balance of $2,377 unpaid, the sum of $1,000 on account of failure in the matter of hardware, waterproofing the cellar, cork floors, and for remedying defects in the doors; leaving a balance of $1,377, which should be applied on the liens of plaintiff and Odell in the order of priority. Findings in accordance herewith will be made, and all inconsistent findings are reversed. Judgment modified accordingly, and as modified affirmed, without costs to either party in this court or the court below. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred. Order to be settled before Mr. Justice Thomas.

MARY HAYES, an Infant, by MARY HAYES, Her Guardian ad Litem, Respondent, v. LAWRENCE GRIGLIO and ANDREW PASETTI, Copartners, etc., Appellants.— Judgment and order of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

In the Matter of the Application of BENJAMIN SEAMAN, Respondent, for a Writ of Certiorari Commanding HERBERT S. SISSON, as State Commissioner of Excise, and Another, Appellants, etc.— Order affirmed, with ten dollars costs and disbursements, on authority of *Matter of Gaignat* v. *Sisson* (181 App. Div. 193). Jenks, P. J., Thomas, Mills, Rich, and Putnam, JJ., concurred.

MAUDE E. JIRDINSTON, Respondent, v. THE FOREST BOX AND LUMBER